**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANTHONY NELSON CRUZADO,

     Plaintiff,

v.                                                                 Case No. 8:26-cv-1045-JLB-TGW

SHERIFF CHAD CHRONISTER, *et al.*,

     Defendants.

_____/

## **ORDER**

Mr. Cruzado moves the Court for reconsideration of the Court's order denying his motion for appointed counsel (*see* Doc. 15) and to reopen this case.  (Doc. 16).  The Court construes Mr. Cruzado's motion as filed under Federal Rule of Civil Procedure 59(e).  "The only grounds for granting [a Rule 59] motion are newly-discovered evidence or manifest errors of law or fact."  *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007) (quoting *In re Kellogg*, 197 F.3d 1116, 1119 (11th Cir. 1999)) (alteration in original); *see Taylor Woodrow Const. Corp. v. Sarasota/Manatee Airport Auth.*, 814 F. Supp. 1072, 1072–73 (M.D. Fla. 1993) ("The Court's reconsideration of a prior order is an extraordinary remedy. Exercise of this power must of necessity be used sparingly.").  Mr. Cruzado presents neither.

As discussed in the Court's April 30, 2026 order (*see* Doc. 7), Mr. Cruzado was not entitled to a guardian or counsel because his competency was restored before he initiated this action.  Nothing in his motion or attachments shows that the Court's

determination was erroneous.   (Doc. 16 at 1-7).

Accordingly, it is **ORDERED** that Mr. Cruzado's construed Rule 59(e) motion (Doc. 16) is **DENIED**.

**DONE and ORDERED in Tampa, Florida, on July 17, 2026.**

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

2